EXHIBIT 1

FILED
NORTH COUNTY DIV 5 7 A

2017 NOV 28  PM 3: 16

6
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

1   Ryan Vos SB224368
    Lisa Herme SB283111
2   Lorena Fernandez SB283113
    David McGaffey SB315632
3   Brooke Park SB314555
    MANDARICH LAW GROUP, LLP
4   420 N. Wabash Ave Suite 400
    Chicago, IL 60611
5   Phone: 877.285.4918
    Facsimile:  818-888-1260
6   *Attorneys for Plaintiff: LVNV Funding LLC*

7                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8                **IN AND FOR THE COUNTY OF SAN DIEGO - LIMITED**

9   LVNV Funding LLC,                          Case No. 37-2017-00045985-CL-CL-NC
                        Plaintiff,
10                                             **COMPLAINT FOR:**
11  vs.
                                               1.  **ACCOUNT STATED**
12  David Mollison, an individual;             2.  **OPEN BOOK ACCOUNT**

13  and DOES 1 through 10 inclusive.
                        Defendant.             **DEMAND: $1,424.69**
14

15  Plaintiff alleges:

16                    **FACTS COMMON TO ALL CAUSES OF ACTION**

17      1. Plaintiff is and at all times herein mentioned, LVNV Funding LLC, and successor in

18  interest to original creditor, Credit One Bank, N.A..

19      2. Plaintiff is the only entity that purchased the debt after charge-off and its name and

20  address is as follows: LVNV Funding LLC, 55 Beattie Place Suite 110, Greenville SC 29601.

21      3. Plaintiff is a debt buyer, and is the sole owner of the debt at issue.

22      4. The charge-off creditor at the time of charge-off is Credit One Bank, N.A., PO BOX

23  6050  CITY OF INDUSTRY, CA 91716, and the account number associated with this debt is

24  XXXXXXXXXXXX5260.

25      5. Plaintiff is informed and believes that Defendant are individuals who currently reside

26  within the jurisdictional boundaries of the above entitled Court.  Therefore, this Court is the

27

28

EXHIBIT 1
Page 12

1

2

proper Court for trail of this action.

6. The name and last known address of the debtor as they appeared in the charge-off creditor's records prior to the sale of the debt is David Mollison , 77 OAKWOOD LN , OCEANSIDE, CA 92054.

7. Plaintiff is unaware of the true names or capacities, whether individual, corporate, associate or otherwise of the Defendant sued herein as DOES 1 through 10 inclusive, and therefore, sued the Defendant by such fictitious names.  Plaintiff will amend this Complaint to show their true names and capacities once ascertained.

8. Plaintiff believes and at all times mentioned herein, each of the Defendant was, and is, the agent, servant and employee, employer of each of the other Defendant, and also acted in the capacity of and as agent of the other Defendant. Plaintiff also believes that the individual Defendant, and each of them, are jointly and severally liable that the actions described herein were taken as actions for the benefit of the Defendant's separate and/or community property.

9. Plaintiff believes that, for value received, Defendant and each of them, executed and delivered a credit card application to the original creditor, Credit One Bank, N.A. or made such application over the telephone or Internet. Pursuant to the aforementioned application, Credit One Bank, N.A. provided Defendant with a credit account, and granted use privileges on the same, account number XXXXXXXXXXXX5260 (hereinafter "Account").

10. Prior to the commencement of this action, the Account was assigned for value to the Plaintiff and Plaintiff is its current holder.

11. Defendant agreed to repay Credit One Bank, N.A. and any successors in interest, for any charges on the Account including, but not limited to, charges for purchase of goods and service and/or cash advances and balance.

12. Defendant used the Account to make purchases and/or to take cash advances and/or to make balance transfers. Each time the Defendant used the Account to purchase goods and services

EXHIBIT 1
Page 13

and/or take cash advances and/or make balance transfers, Defendant reaffirmed their agreement to repay Credit One Bank, N.A. and its successors in interest for the amount of the purchase and/or cash advances and/or balance transfers.

13. Monthly statements were sent to Defendant which itemized all payments made and charges due on the Account.

14. The date of last payment on the subject account was on or about 8/8/2016.

15. Within the last four years, the Defendant failed to make payments as agreed on the Account. Defendant has failed, refused and neglected to pay amounts due on the Account.

16. The debt balance at charge-off was $1,424.69, and upon information and belief there is $0.00 in post charge off fees and $0.00 in post charge off interest.

17. Subsequent to charge-off, and after applying any and all applicable payments and credits, the Defendant owes Plaintiff $1,424.69.

18. Although demand has been made upon said Defendant to pay said amount, no part has been paid, and it is now due and owing.

19. Upon information and belief, Credit One Bank, N.A. and successors in interest including Plaintiff have duly performed all promises, conditions and agreements herein.

20. Plaintiff has complied with California Civil Code Section 1788.52.

21. Plaintiff has attached hereto as Exhibit A and incorporated herein by reference a copy of the Debt Provider Data document demonstrating the assignment of the subject account to the Plaintiff.

22. Plaintiff has attached hereto as Exhibit B and incorporated herein by reference a copy of Billing Statement provided to the Defendant while the account was active, demonstrating that the debt was incurred by the Defendant.

23. Plaintiff has attached hereto as Exhibit C and incorporated herein by reference a copy of the Final Billing Statement and/or Transaction History.

24. Upon opening the Account with Credit One Bank, N.A., the Defendant(s) agree to reimburse Credit One Bank, N.A., and hence Plaintiff as successor in interest for the costs related

EXHIBIT 1
Page 14

1  to the collection of amounts owing on the Account.  Plaintiff has been required to retain Mandarich
2  Law Group, LLP to pursue collection of the amount due hereunder.

### FIRST CAUSE OF ACTION

#### (Account Stated)

25.  Plaintiff refers to and incorporates paragraphs 1 through 24.

26.  Within the past 4 years, an account was stated in writing in which it was agreed that Defendant were indebted in the amount previously referenced herein.  Although demand has been made upon Defendant, said amount of $1,424.69 has not been paid, and it is now due, owing and unpaid from Defendant to Plaintiff, as successor in interest.

### SECOND CAUSE OF ACTION

#### (Open Book Account)

27.  Plaintiff refers to and incorporates paragraphs 1 through 26.

28.  Within the past 4 years, Defendant and each of them became indebted in the amount of the previously mentioned herein for a balance due on a book account for goods sold and delivered and/or services rendered by Credit One Bank, N.A..  Although demand has been made upon Defendant, said amount of $1,424.69  has not been paid, and it is now due, owing and unpaid including attorney's fees from Defendant to Plaintiff as successor in interest.

EXHIBIT 1
Page 15

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

1. For the damages and money in the sum of $1,424.69,

2. For reasonable attorney's fees pursuant to statute;

3. For costs of suit incurred; and

4. For such other and further relief as the Court deems just and proper.

5. Plaintiff remits all damages in excess of the jurisdictional amount of this Court.

Dated: 11/6/2017                    By:       **MANDARICH LAW GROUP, LLP**

_____

[   ] Lisa Herme, Esq.
[   ] Lorena Fernandez, Esq.
[   ] Ryan Vos, Esq.
[   ] David McGaffey, Esq.
[   ] Brooke Park, Esq.
*Attorneys for Plaintiff*

EXHIBIT 1
Page 16

## BILL OF SALE AND ASSIGNMENT
### FROM MHC RECEIVABLES, LLC AND FNBM, LLC TO SHERMAN ORIGINATOR III LLC

MHC Receivables, LLC ("Seller"), for good and valuable consideration, the receipt of which is hereby acknowledged, hereby transfers, sells, assigns, conveys, grants and delivers to Sherman Originator III LLC ("Purchaser"), without recourse, all of its right, title and interest in and to (i) the Accounts identified and specifically referenced each of the Purchased Accounts on an account level basis on the data file titled "CreditOne_Payers_092016.xlsx" attached to this Agreement (the "Released Accounts"); and (ii) all claims arising out of or relating to each Released Account. Purchaser hereby agrees that it will not institute against Seller, or join any person in instituting against Seller, any bankruptcy, reorganization, arrangement, insolvency or liquidation proceeding, or any other proceeding under any federal or state bankruptcy or similar law.

MHC Receivables, LLC
Dated: September 12, 2016

Rusty Kendall, Authorized Representative

FNBM, LLC ("Seller"), for good and valuable consideration, the receipt of which is hereby acknowledged, hereby transfers, sells, assigns, conveys, grants and delivers to Sherman Originator III LLC ("Purchaser"), without recourse, all of its right, title and interest in and to (i) the Receivables identified and specifically referenced each of the Purchased Accounts on an account level basis on the data file titled "CreditOne_Payers_092016.xlsx" attached to this Agreement (the "Released Receivables"); and (ii) all claims arising out of or relating to each Released Receivable. Purchaser hereby agrees that it will not institute against Seller, or join any person in instituting against Seller, any bankruptcy, reorganization, arrangement, insolvency or liquidation proceeding, or any other proceeding under any federal or state bankruptcy or similar law.

FNBM LLC
Dated: September 12, 2016

Jon Mazzoli, Authorized Representative

Credit One Bank, N.A. ("Credit One") hereby acknowledges the above sale and assigment. The Released Accounts and associated Released Receivables assigned under the terms of this Bill of Sale were originated by Credit One. Credit One assigned the Released Accounts and the associated Released Receivables in its normal course of business and said assignment(s) is/are reflected as such in the business records.

CREDIT ONE BANK, N.A.
Dated: September 12, 2016

Vicki Scott
Vice President

EXHIBIT 1
Page 18

## Transfer and Assignment

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, hereby transfers, sells, assigns, conveys, grants and delivers to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated September 06, 2016 delivered by FNBM, LLC on September 12, 2016 for purchase by SOLLC III on September 12, 2016. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, hereby transfers, sells, assigns, conveys, grants and delivers to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Dated: **September 12, 2016**    Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____
Name: Jon Mazzoli
Title:  Director

Dated: **September 12, 2016**    Sherman Originator LLC
a Delaware Limited Liability Company

By: _____
Name: Kevin Branigan
Title:  Authorized Representative

Dated: **September 12, 2016**    LVNV Funding LLC
a Delaware Limited Liability Company

By: _____
Name: Rusty Kendall
Title:  Authorized Representative

EXHIBIT 1
Page 19

| FileName | LineNumber | ACCOUNTNUMBER | CHNAME | CHSOCIAL | ADDRESS1 | ADDRESS2 | CITY |
|---|---|---|---|---|---|---|---|
| CreditOne_Payers_092016 | 86 | [Redacted]0464 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 87 | [Redacted]1790 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 88 | [Redacted]0109 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 89 | [Redacted]9603 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 90 | [Redacted]9400 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 91 | [Redacted]9347 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 92 | [Redacted]1018 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 93 | [Redacted]9956 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 94 | [Redacted]2645 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 95 | [Redacted]2686 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 96 | █████5260 | MOLLISON,DAVID | ████████ | 77 OAKWOOD LN | | OCEANSIDE |
| CreditOne_Payers_092016 | 97 | [Redacted]4610 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 98 | [Redacted]8101 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 99 | [Redacted]0762 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 100 | [Redacted]9795 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 101 | [Redacted]6139 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 102 | [Redacted]0387 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 103 | [Redacted]1131 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 104 | [Redacted]4244 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 105 | [Redacted]6416 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CreditOne_Payers_092016 | 106 | [Redacted]2161 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

EXHIBIT 1
Page 20

| ST | ZIP | HMPHONE | BUPHONE | BALANCE | CODT | LPAYDT | LPAYAMT | ORIGDATE | _1STDTOFDELIQUENCY |
|----|-----|---------|---------|---------|------|--------|---------|----------|-------------------|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| CA | 92054-5424 | ████████ | ████████ | $1,424.69 | 8/9/2016 | 8/8/2016 | 20.00 | 4/3/2014 | 1/8/2016 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

EXHIBIT 1
Page 21

| PRINBAL | DOB | HIGHBALANCE | COAMOUNT | INTBAL | COAPPNAME | COAPPSOCIAL | COAPPADDRESS | COAPPADDRESS2 |
|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 921.8 | ███████ | $1,424.69 | $1,424.69 | $502.89 | | | | |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

EXHIBIT 1
Page 22

| COAPPCITY | COAPPST | COAPZIP | COAPPHMPH | COAPPBUPHONE | COAPPDOB | DATEID | ACCOUNT_ID | PRODUCT | PRIC_STRAT |
|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| | | | | | | | ████3155 | U400 | M115 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

EXHIBIT 1
Page 23

| C_ANN_MERCH | C_ANN_CASH | PHONE1 | PHONE2 | PHONE3 | PHONE4 | PHONE5 | LSTPAYTYPE | EMAILADDRESS |
|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 24.15 | 24.15 | | | | | | | ██████████ |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

EXHIBIT 1
Page 24

| card_num | TotalPostCOFees | TotalPostCOPayments | TotalMerchPostCOCharges | TotalPostCOCredits | LastPurchaseDate |
|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| ████████5260 | $0.00 | $0.00 | $0.00 | $0.00 | 04JAN2016 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

EXHIBIT 1

Page 25

| LastPurchaseAmount | LanguageDescription | OriginalCreditBureauScore |
|---|---|---|
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| $29.97 | English | ███ |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] |

EXHIBIT 1
Page 26

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ████████2424
February 09, 2016 to March 08, 2016

| SUMMARY OF ACCOUNT ACTIVITY | |
|---|---|
| Previous Balance | $1,093.92 |
| Payments | - $47.00 |
| Other Credits | - $0.00 |
| Purchases | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $43.25 |
| Interest Charged | + $20.87 |
| New Balance | $1,111.04 |
| Credit Limit | $1,000.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 03/08/16 |
| Days in Billing Cycle | 29 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card     1-877-825-3242
Outside the U.S. Call              1-702-405-2042
Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,111.04 |
| Past Due Amount | $107.00 |
| Amount Due This Period | $91.00 |
| Minimum Payment Due | $198.00 |
| Payment Due Date | 04/04/16 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above,
you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more
in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $1,588.00 |
| $44.00 | 3 years | $1,572.00 (Savings= $16.00) |

If you would like a location for credit counseling services,
call 1-866-515-5720.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| 7407193DZ00XTMJJ8 | 02/16 | 02/16 | PAYMENT - THANK YOU     LAS VEGAS  NV | -47.00 |
| | | | **Fees** | |
| F572700EL000CYLAC | 03/08 | 03/08 | ANNUAL FEE   04/16 THROUGH 04/16 | 8.25 |
| | 03/08 | 03/08 | LATE FEE | 35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 43.25 |
| | | | **Interest Charged** | |
| | 03/08 | 03/08 | Interest Charge on Purchases | 17.92 |
| | 03/08 | 03/08 | Interest Charge on Cash Advances | 2.95 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 20.87 |

| 2016 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2016 | $129.75 |
| Total interest charged in 2016 | $59.49 |

YOUR ACCOUNT IS PAST DUE AND WILL ADVERSELY
AFFECT YOUR CREDIT RATING. PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 24.15%(v) | $890.19 | $17.92 |
| Cash Advances | 24.15%(v) | $146.31 | $2.95 |
| (v) = Variable Rate | | | |

5385     JBH     001   7  8   160308  0       A X PAGE 1 of 1      2 0  5727   9620   M115  01DL5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.

PAY YOUR BILL ONLINE at CreditOneBank.com
Account Number:              ████████ 2424
New Balance:                  $1,111.04
Minimum Payment Due:   $198.00
Payment Due Date:          04/04/16

For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

AMOUNT ENCLOSED: $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID MOLLISON
77 OAKWOOD LN
OCEANSIDE CA 92054-5424

EXHIBIT 1
Page 28

**CREDIT ONE BANK CREDIT CARD STATEMENT**
Account Number 4447 9622 1517 5260
March 09, 2016 to April 08, 2016

| SUMMARY OF ACCOUNT ACTIVITY | |
| --- | --- |
| Previous Balance | $0.00 |
| Payments | - $0.00 |
| Other Credits | - $0.00 |
| Purchases | + $1,111.04 |
| Cash Advances | + $0.00 |
| Fees Charged | + $43.25 |
| Interest Charged | + $21.74 |
| New Balance | $1,176.03 |
| Credit Limit | $1,000.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 04/08/16 |
| Days in Billing Cycle | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call    1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
| --- | --- |
| New Balance | $1,176.03 |
| Past Due Amount | $163.00 |
| Amount Due This Period | $94.00 |
| Minimum Payment Due | $257.00 |
| Payment Due Date | 05/04/16 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 4 years | $1,661.00 |
| $48.00 | 3 years | $1,665.00 (Savings= -$4.00) |

If you would like a location for credit counseling services, call 1-866-515-5720.

| TRANSACTIONS | | | | |
| --- | --- | --- | --- | --- |
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| 00000000000ATNEWA | 03/20 | 03/20 | BALANCE TRANSFER FOR ACCT ENDING IN 2424 | 1,111.04 |
| | | | **Fees** | |
| F572700FK000CYLAC | 04/08 | 04/08 | ANNUAL FEE    05/16 THROUGH 05/16 | 8.25 |
| | 04/08 | 04/08 | LATE FEE | 35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 43.25 |
| | | | **Interest Charged** | |
| | 04/08 | 04/08 | Interest Charge on Purchases | 18.79 |
| | 04/08 | 04/08 | Interest Charge on Cash Advances | 2.95 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 21.74 |

| 2016 Totals Year-to-Date | |
| --- | --- |
| Total fees charged in 2016 | $173.00 |
| Total interest charged in 2016 | $81.23 |

YOUR ACCOUNT IS PAST DUE AND WILL ADVERSELY
AFFECT YOUR CREDIT RATING. PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

| INTEREST CHARGE CALCULATION | | | |
| --- | --- | --- | --- |
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 24.15%(v) | $933.44 | $18.79 |
| Cash Advances | 24.15%(v) | $146.31 | $2.95 |
| (v) = Variable Rate | | | |

5385       JBH       001    7  8    160408   8       X PAGE 1 of 1       2 6  5727  9620  M115  OIDL5385

Please return this portion with your payment, and write your account number on your check, made payable to  *CREDIT ONE BANK*

**PAY YOUR BILL ONLINE at CreditOneBank.com**
Account Number:    4447 9622 1517 5260
New Balance:    $1,176.03
Minimum Payment Due:  $257.00
Payment Due Date:    05/04/16

[ ] For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

AMOUNT ENCLOSED:  [$          .   ]

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID MOLLISON
77 OAKWOOD LN
OCEANSIDE CA 92054-5424

0000000 0117603 0022200 4447962215175260 1

EXHIBIT 1
Page 29

**EXHIBIT C**

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ▒▒▒▒ 5250
July 09, 2016 to August 08, 2016

| SUMMARY OF ACCOUNT ACTIVITY | |
|---|---|
| Previous Balance | $1,376.22 |
| Payments | - $20.00 |
| Other Credits | $0.00 |
| Purchases + | $0.00 |
| Cash Advances + | $0.00 |
| Fees Charged + | $43.25 |
| Interest Charged + | $25.22 |
| New Balance | $1,424.69 |
| Credit Limit | $1,000.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 08/08/16 |
| Days in Billing Cycle | 31 |

QUESTIONS?
Call Customer Service or Report
a Lost or Stolen Credit Card     1-877-825-3242
Outside the U.S. Call            1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,424.69 |
| Past Due Amount | $400.00 |
| Amount Due This Period | $1,059.69 |
| Minimum Payment Due | $1,424.69 |
| Payment Due Date | 09/04/16 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 9 months | $1,425.00 |

If you would like a location for credit counseling services, call 1-666-515-5720.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| 7407193KD00XTMJ6 | 08/08 | 08/08 | PAYMENT - THANK YOU    LAS VEGAS   NV | -20.00 |
| | | | Fees | |
| F572700KD000CYLAC | 08/08 | 08/08 | ANNUAL FEE  09/16 THROUGH 09/16 | 8.25 |
| | 08/08 | 08/08 | LATE FEE | 35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 43.25 |
| | | | Interest Charged | |
| | 08/08 | 08/08 | Interest Charge on Purchases | 22.27 |
| | 08/08 | 08/08 | Interest Charge on Cash Advances | 2.95 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 25.22 |
| | | | 2016 Totals Year-to-Date | |
| | | | Total fees charged in 2016 | $346.00 |
| | | | Total interest charged in 2016 | $176.69 |

YOUR ACCOUNT IS SCHEDULED TO BE CHARGED OFF.
THE BALANCE WILL BE DUE IN FULL. CALL (888)
729-6274.

Your account is currently closed.

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.15%(v) | $1,106.44 | $22.27 |
| Cash Advances | 24.15%(v) | $146.31 | $2.95 |

(v) = Variable Rate

5385        JBH      001   7  8   160808   8      C X PAGE 1 of 1         2 0  5727   9620   M115   C I EO5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

CreditOne®
 B A N K

For address, telephone and email changes,
please complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

PAY YOUR BILL ONLINE at CreditOneBank.com

| Account Number: | ▒▒▒▒ 5250 |
|---|---|
| New Balance: | $1,424.69 |
| Minimum Payment Due: | $1,424.69 |
| Payment Due Date: | 09/04/18 |

AMOUNT ENCLOSED:   $         .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID MOLLISON
77 OAKWOOD LN
OCEANSIDE CA 92054-5424

EXHIBIT 1
Page 31

Ryan Vos SB224368
Lisa Herme SB283111
Lorena Fernandez SB283113
David McGaffey SB315632
Brooke Park SB314555
**MANDARICH LAW GROUP, LLP**
420 N. Wabash Ave Suite 400
Chicago, IL 60611
Phone: 877.285.4918
Facsimile: 818-888-1260
*Attorneys for Plaintiff: LVNV Funding LLC*

FILED
of the Superior Court
NOV 28 2017

## SUPERIOR COURT OF CALIFORNIA
## IN AND FOR THE COUNTY OF SAN DIEGO

LVNV Funding LLC
                              Plaintiff,

vs.

David Mollison, an individual;
and DOES 1 through 10 inclusive.
                              Defendant.

Case No.: 37-2017-00045985-CL-CL-NC

**DECLARATION IN SUPPORT OF REDUCED FILING FEE**

(Bus. & Prof. Code §6322.1(c)(1))

I, the undersigned attorney of record, hereby declare as follows:

1.      I am an attorney licensed to practice before all courts of the State of California, and I am one of the attorneys of record for LVNV Funding LLC (herein referred to as "Plaintiff"). This declaration is made of my own knowledge and if sworn as a witness, I would and could testify thereto.

2.      The above-entitled action and attached complaint is a claim for money damages less than or equal to $5000.00, and therefore, falls within the monetary jurisdiction of the small claims court.

3.      Plaintiff is an assignee of the debt/claim for which money is sought, and therefore, is prohibited from filing in small claims court pursuant to C.C.P. §116.420.

///

///

**DECLARATION IN SUPPORT OF REDUCED FILING FEE**

EXHIBIT 1
Page 32

1      4.      For the reasons mentioned herein, Plaintiff, through its counsel of record,

2 respectfully requests a $44 reduction in court filing fees pursuant to Business & Professions

3 Code §6322.1(c)(1).

4      I declare under penalty of perjury under the laws of the State of California that the

5 foregoing is true and correct. This declaration was executed at Los Angeles, California on the

6 date reflected below:

7

8

9 Dated: 11/6/2017            By:     **MANDARICH LAW GROUP, LLP**

10

11

12                             [   ] Lorena Fernandez, Esq.

13                             [   ] Lisa Herme, Esq.

                            [   ] Ryan Vos, Esq

14                             [   ] David McGaffey, Esq

                            [   ] Brooke Park, Esq.

15                             *Attorneys for Plaintiff*

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION IN SUPPORT OF REDUCED FILING FEE**

PAGE 2

EXHIBIT 1
Page 33

1  Ryan Vos SB224368
   Lisa Herme SB283111
2  Lorena Fernandez SB283113
3  David McGaffey SB315632
   Brooke Park SB314555
4  **MANDARICH LAW GROUP, LLP**
   420 N. Wabash AveSuite 400
5  Chicago, IL 60611
6  Phone: 877.285.4918
   Facsimile: 818-888-1260
7  *Attorneys for Plaintiff: LVNV Funding LLC*

<strong>F</strong> D L E <em>of the Superior Court</em> D

NOV 2 8 2017

8              **SUPERIOR COURT OF CALIFORNIA**
9            **IN AND FOR THE COUNTY OF SAN DIEGO**

10 LVNV Funding LLC,                    ) Case No.:
                  Plaintiff,            )     37-2017-00045985-CL-CL-NC
11                                      )
          vs.                           )
12                                      )
   David Mollison, an individual;       ) **DECLARATION OF VENUE**
13 and DOES 1 through 10 inclusive.     )
                  Defendant             )
14 _____ )
15                                      )
                                        )
16 I, the undersigned attorney of record, hereby declare as follows:

17       1.      I am an attorney licensed to practice before all courts of the State of California,
18 and I am one of the attorneys of record for the Plaintiff. The declaration is made of my own
19 knowledge and if sworn as a witness, I would and could testify thereto.

20       2.      This is the proper venue, superior court and court location for this action because
   it is upon information and belief that a defendant herein resides in this court's jurisdiction.
21
22       I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.
23
24       Executed on 11/6/2017 in Los Angeles, California.

25                           **MANDARICH LAW GROUP, LLP**

26                     [  ] Lorena Fernandez, Esq. [  ] Lisa Herme, Esq.
27                     [  ] Ryan Vos, Esq. [  ] David McGaffey, Esq, [  ] Brooke Park
                       Attorneys for Plaintiff
28

<strong>DECLARATION OF VENUE</strong>

EXHIBIT 1
Page 34