**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MOLLISON,<br><br>              Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC; and<br>RESURGENT CAPITAL SERVICES LP,<br>              Defendants. | Case No.: 3:18-cv-01023-H-WVG<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CONFIRM THE ARBITRATION AWARD**<br><br>**[Doc. No. 30]** |

//
//
//
//
//
//
//

On May 22, 2018, Plaintiff David Mollison ("Plaintiff") filed a complaint against Defendants LVNV Funding, LLC ("LVNV Funding") and Resurgent Capital Services LP (collectively, "Defendants"). (Doc. No. 1.) On December 14, 2018, the Court granted Defendants' motion to compel the arbitration of Plaintiff's claims. (Doc. No. 20.) The parties proceeded to arbitration and, on March 26, 2021, the arbitrator issued the following award:

1. [Plaintiff] shall take nothing on its claim against Defendants.
2. [Plaintiff] shall pay to LVNV [Funding] the sum of $1,424.69 within thirty (30) days of the Award becoming final. If not paid, it shall bear interest at the rate of 10% until paid in full.
3. Each Party shall bear its own Attorneys' fees and costs.

(Doc. No. 30-1, Ex. A at 4.)

On May 14, 2021, Defendants filed a motion requesting the Court to confirm the arbitration award. (Doc. No. 30.) The Court, pursuant to its discretion under Local Rule 7.1(d)(1), determines that Defendants' motion is fit for resolution without oral argument and submits the motion on the parties' papers. The Court therefore vacates the hearing on the motion currently scheduled for June 14, 2021. The Court also vacates the status conference in this case currently scheduled for June 7, 2021.

Specifically, Defendants move the Court to confirm the arbitration award, enter judgment in favor of Defendants on all claims, and award LVNV Funding $1,424.69 plus interest at the rate of 10% if the sum is not paid within 30 days from the date the award becomes final. (Doc. No. 30 at 4.) On May 17, 2021, Plaintiff filed a notice of non-opposition to Defendants' motion. (Doc. No. 31.) As a result, the Court grants Defendants' motion and confirms the arbitration award. See 9 U.S.C. § 9 (stating court "must" confirm arbitration award "unless the award is vacated, modified or corrected as prescribed by [9 U.S.C. §§ 10-11"); U.S. Life Ins. Co. v. Superior Nat. Ins. Co., 591 F.3d 1167, 1173 (9th Cir. 2010) ("The burden of establishing grounds for vacating an arbitration award is on the party seeking it."). Consistent with the arbitration award, the Court directs the Clerk to enter judgment in favor of Defendants and award LVNV Funding $1,424.69 plus interest

at the rate of 10% if the sum is not paid within 30 days from the date the award becomes final.  The Court thereafter directs the Clerk to close the case.

**IT IS SO ORDERED.**

DATED: May 20, 2021

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT