

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

David Mollison

**Plaintiff,**

**V.**

LVNV Funding, LLC; Resurgent Capital
Services LP;  Does 1 - 10

**Defendant.**

Civil Action No.    18cv1023-H-WVG

# JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion and confirms the arbitration award. Consistent with the arbitration award, the Court directs the Clerk to enter judgment in favor of Defendants and award LVNV Funding $1,424.69 plus interest at the rate of 10% if the sum is not paid within 30 days from the date the award becomes final. The Court thereafter directs the Clerk to close the case

**Date:**         5/20/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Rinehart

J. Rinehart, Deputy